1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOSE CAMARGO-DUARTE, an individual; | Case No.: 2:19-cv-01516-KJM-AC |
| Plaintiff, | |
| vs. | |
| FAST FREIGHT TRANS CO, INC., AMANDEEP SINGH, GURPREET SINGH, MANSOT SINGH, and DOES 1 through 50, inclusive, | ORDER RE STIPULATION OF DISMISSAL |
| Defendants. | |

1  Pursuant to the stipulation of the parties, ECF No. 27, under Federal Rule of Civil
2  Procedure 41(a)(1)(ii), it is ordered that this action be DISMISSED with prejudice as to all
3  claims, causes of action, and parties, with each party bearing that party's own attorney's fees and
4  costs. The clerk is directed to close the file.
5  This order resolves ECF No. 27.  Accordingly, stipulations and proposed orders,
6  ECF Nos. 28 & 29, are DENIED as moot.
7  IT IS SO ORDERED.
8  DATED: July 24, 2020.

CHIEF UNITED STATES DISTRICT JUDGE